per Bridgewater, C.J., concurred in by Morgan and Houghton, JJ.

[No. 23607-9-II. Division Two. October 22, 1999.]
RAMONA MURPHY, ET AL., *Defendants*, SHIRLEY ROSS, *Appellant*, v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-2-10700-6, Nile E. Aubrey, J., entered July 2, 1998. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 38685-9-I. Division One. October 25, 1999.]
THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL C. RUTHERFORD III, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-01108-6, Larry Jordan, J., entered May 10, 1996. *Affirmed* by unpublished opinion per Becker, J., concurred in by Kennedy, C.J., and Grosse, J.

[No. 39598-0-I. Division One. October 25, 1999.]
THE STATE OF WASHINGTON, *Respondent*, v. ERIC CUTSHALL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-05732-2, Michael S. Spearman, J., entered September 25, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 41249-3-I. Division One. October 25, 1999.]
THE STATE OF WASHINGTON, *Respondent*, v. GABRIEL HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-08239-9, Norma Smith Huggins, J., entered August 25, 1997. *Affirmed* by unpublished opinion

1064

per Appelwick, J., concurred in by Webster and Becker, JJ. Now published at 99 Wn. App. 312.


[No. 41546-8-I.   Division One.   October 25, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRES GONZALES SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-01498-7, Jim Street, J., entered April 7, 1997. *Affirmed* by unpublished per curiam opinion.


[No. 41759-2-I.   Division One.   October 25, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DOLORES WYMAN SAAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-00424-0, Donald D. Haley, J., entered December 9, 1997. *Affirmed* by unpublished per curiam opinion.


[No. 42314-2-I.   Division One.   October 25, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. WESLEY LINELL FAIR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-01318-2, Patricia H. Aitken, J., entered March 16, 1998. *Affirmed* by unpublished opinion per Agid, A.C.J., concurred in by Grosse and Webster, JJ.


[No. 42436-0-I.   Division One.   October 25, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY ARNOLD EASLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-07474-4, Richard A. Jones, J., entered April 7, 1998. *Affirmed* by unpublished per curiam opinion.